Filed 3/4/24  P. v. Lindahl CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>BLAKE AARON LINDAHL,<br><br>    Defendant and Appellant. | 2d Crim. No. B328533<br>(Super. Ct. No. 2021010288)<br>(Ventura County) |

Blake Aaron Lindahl appeals an order revoking probation and committing him to jail after he pleaded guilty to two counts of grand theft.  (Penal Code, § 487, subd. (a).)[1]  He received a sixteen-month lower term on the first count and a consecutive eight-month term on a second.  The charges arose from

---

[1] All statutory references are to the Penal Code unless stated otherwise.

appellant's theft of electronics and other merchandise from a Simi Valley Target store.[2]

The court initially released appellant on a mental health diversion but resumed criminal proceedings when he failed to report to his program. He pleaded guilty and received a suspended sentence and probation. Appellant twice violated the terms of probation and failed to remand to serve jail time imposed by the court.

We appointed counsel to represent appellant in this appeal. After reviewing the record, counsel filed a brief raising no issues. We advised appellant on December 18, 2023 that he had 30 days within which to personally submit any contentions or issues he wished us to consider. We received no response.

We have reviewed the entire record and are satisfied that appellant's counsel fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


                                        CODY, J.

We concur:



GILBERT, P. J.              YEGAN, J.

---

[2] The facts are derived from the probation report because appellant pleaded guilty to the charges.

Derek D. Malan, Judge
Superior Court County of Ventura
_____


Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.